IN THE MATTER OF THE GUARDIANSHIP OF J.E.R.

January 21, 1987.

Petition for certification denied.

ROBERT L. GILL v. FOSTER M. VOORHEES, III.

January 21, 1987.

Petition for certification denied.

VICTOR RADZINSKY v. TOWNSHIP OF WEST
ORANGE, ET AL.

January 21, 1987.

Petition for certification denied.

RICHARDO ALVAREZ, ET AL. v. QUADRELLE TEXTILE
CORPORATION, ETC., ET AL.

January 21, 1987.

Petition for certification denied.